UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------
:
SHIRLEY MILLER, : CASE NO. 1:17-cv-718
:
    Plaintiff, :
:
vs. : OPINION AND ORDER
: [Resolving Doc. 1]
COMMISSIONER OF :
SOCIAL SECURITY, :
:
    Defendant. :
:
------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On April 6, 2017, Plaintiff Shirley Miller filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's decision to deny her application for Supplemental Security Income.[1] The Court referred the matter to Magistrate Judge David A. Ruiz.

On May 18, 2018, Magistrate Judge Ruiz issued a Report and Recommendation ("R&R") recommending that this Court affirm the Commissioner's final decision.[2] Objections to the R&R were due June 1, 2018, and Plaintiff Miller has filed no objections.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[3] Failure to timely object waives a party's right to appeal the magistrate's report.[4] So, where a party does not object to the R&R, a district court may adopt it without review.[5]

Accordingly, in light of Plaintiff Miller's failure to object to the R&R in this case, the Court **ADOPTS** Magistrate Judge Ruiz's R&R, incorporates it as if fully restated herein, and **AFFIRMS** the

---

[1] Doc. 1.
[2] Doc. 13.
[3] 28 U.S.C. § 636(b)(1)(C).
[4] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[5] *See Thomas*, 474 U.S. at 149–50.

Case No. 1:17-cv-718
Gwin, J.

Commissioner's final decision.

    IT IS SO ORDERED.

Dated: June 8, 2018                          *s/     James S. Gwin*
                                                             JAMES S. GWIN
                                                             UNITED STATES DISTRICT JUDGE